This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**FLORENCE GONZALES**,

Petitioner-Appellant,

v.  NO. 31,215

**NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS and ARAMARK CORRECTIONAL SERVICES, LLC**,

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Barbara J. Vigil, District Judge**

Timothy R. Hasson
Santa Fe, NM

for Appellant

Elizabeth A. Garcia
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**VANZI, Judge.**

Petitioner appealed seeking review of the district court's order concerning her entitlement to unemployment benefits. In our notice, we proposed to reverse the decision on the basis that it was unsupported by the evidence. The Department has indicated that it does not oppose our proposed disposition. Therefore, for the reasons stated in the calendar notice, we reverse and remand.

**IT IS SO ORDERED.**

_____

**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**JONATHAN B. SUTIN, Judge**